September 24, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
WILFREDO ROSARIO,

                Plaintiff,     :    REPORT & RECOMMENDATION

      -against-          :    11 Civ. 6642 (PAC)

CAPTAIN ANSON et al.,

                Defendants.   :
----------------------------------x

TO THE HONORABLE PAUL A. CROTTY, U.S.D.J.:

*[Handwritten endorsement:]* There is no need for objection to this report which does not propose any substantive relief. Instead, the Magistrate Judge found that venue is appropriate in the NDNY, and inappropriate here in the SDNY. The Magistrate Judge is correct. The Clerk of the Court is directed to transfer the matter to the NDNY for any further proceedings as appropriate in the circumstances.

So ordered,
Paul Crotty
USDJ

"Copy Mailed By Chambers"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-24-12

    Pro se plaintiff Wilfredo Rosario commenced this section 1983 lawsuit against a New York State corrections captain and a corrections officer, as well as against two John Doe defendants. He claims principally that, while assigned to the so-called Summit Shock Correctional Facility, he was denied medical care for injuries suffered while trying unsuccessfully to adhere to the rigorous physical demands imposed at that facility.

    The two named defendants -- Captain Patrick J. Anson and Corrections Officer James Blyth -- have been served.[1] Captain Anson

---

[1] By order dated October 11, 2011, the District Court directed defendants' counsel to identify the John Doe defendants so that plaintiff could amend his complaint and serve them. Defendants eventually complied (see Jan. 11, 2012 letter to the Court from Asst. Att'y Gen. Rebecca Ann Durden), and we directed plaintiff to amend his complaint by February 13, 2012. (Order dated Jan. 12, 2012). He never did so, and hence Messrs. Anson

1